Lois PATTERSON, et al.,
Plaintiffs–Appellants,

v.

UNITED STATES of America,
Defendant–Appellee.

No. 88–3902.

United States Court of Appeals,
Fourth Circuit.

Jan. 5, 1989.

ON PETITION FOR REHEARING AND
SUGGESTION FOR REHEARING
IN BANC

The appellee's petition for rehearing and suggestion for rehearing in banc was submitted to the Court. A majority of judges having voted in a requested poll of the Court to grant rehearing in banc,

IT IS ORDERED that rehearing in banc is granted.

IT IS FURTHER ORDERED that this case shall be calendared for argument at the April Term of Court. Within ten days of the date of this order 4 additional copies of appellants' briefs and 2 additional copies of appellee's brief shall be filed, and appellee will file 9 additional copies of the joint appendix.